808 A.2d 851

IN THE MATTER OF ROBERT J. HANDFUSS, AN ATTORNEY AT LAW.

November 4, 2002.

# O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 02–151, concluding that **ROBERT J. HAND-FUSS** of **MATAWAN**, who was admitted to the bar of this State in 1984, and who thereafter was suspended from the practice of law for a period of three months effective November 2, 2001, by Order of this Court filed October 5, 2001, and who remains suspended at this time, should be reprimanded for violating *RPC* 1.15(b) (failure to promptly turn over third-party funds), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **ROBERT J. HANDFUSS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of his suspension and that he continue to comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.